**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-6259**

BENJAMIN J. JACKSON, III,

              Plaintiff - Appellant,

        v.

H. WAYNE DEWITT; MR. MCELVOGUE; SGT. SHEETS; PFC MENZIE; PFC
SPORTS; SGT. JACUMIN,

              Defendants – Appellees,

        and

HILL-FINKLEA BERKLEY COUNTY DETENTION CENTER; MRS.
MCELVOGUE,

              Defendants.

Appeal from the United States District Court for the District of
South Carolina, at Greenville.   Richard M. Gergel, District
Judge. (6:10-cv-03128-RMG)

Submitted:  May 7, 2012                 Decided:  May 18, 2012

Before DUNCAN, DAVIS, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Benjamin J. Jackson, III, Appellant Pro Se.  Robin Lilley
Jackson, SENN, MCDONALD & LEINBACK, LLC, Charleston, South
Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Benjamin J. Jackson, III, appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his civil rights complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court.[*] Jackson v. Dewitt, No. 6:10-cv-03128-RMG (D.S.C. Jan. 9, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] We note that Jackson waived appellate review for most of his claims by failing to make specific objections to the magistrate judge's report and recommendation except for those claims concerning his blood pressure medication and receiving spider bites. See Wright v. Collins, 766 F.2d 841, 845-46 (4th Cir. 1985); see also Thomas v. Arn, 474 U.S. 140, 155 (1985).